Hyung S. Choi, State Bar 015669
Veronika Fabian, State Bar 018770
CHOI & FABIAN, PLC
1423 S. Higley Rd., Suite 110
Mesa, Arizona  85206
tel:  (480) 517-1400
fax: (480) 517-6955
hyung@choiandfabian.com
veronika@choiandfabian.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jin Hyun Kim, | NO. 09-733-PHX-DGC |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| TCM Financial Services, LLC, and Experian Information Solutions, Inc, | |
| Defendants. | |

Plaintiff, through counsel, hereby notifies the Court that Plaintiff and Defendant Experian Information Solutions, Inc., ("Experian") have settled this matter regarding Plaintiff's claims against Defendant Experian.  Plaintiff and Defendant Experian will file dismissal paperwork in the near future.

RESPECTFULLY SUBMITTED on December 10, 2009.

CHOI & FABIAN, PLC

   Hyung S. Choi /s/
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that the content of the document is acceptable to all persons required to sign the document and that on December 10, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Rana Nader
JONES DAY
3161 Michelson Dr., Ste 800
Irvine, CA 92612
Attorneys for Defendant Experian
Information Solutions, Inc.

Timothy J. Eckstein
OSBORN MALEDON, P.A.
2929 N. Central Ave., Suite 2100
Phoenix, AZ 85102
Attorneys for Defendant Experian
Information Solutions, Inc.

CHOI & FABIAN, PLC

 Dinah Lee /s/
Legal Assistant