# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jim Hyun Kim,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TCM Financial Services, LLC, and Experian Information Solutions, Inc.,<br><br>　　　　Defendants. | No. CV09-0733 PHX-DGC<br><br>**ORDER** |

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **January 15, 2010** without further leave of Court.

DATED this 15th day of December, 2009.

_David G. Campbell_
David G. Campbell
United States District Judge