Hyung S. Choi, State Bar 015669
Veronika Fabian, State Bar 018770
CHOI & FABIAN, PLC
1423 S. Higley Rd., Suite 110
Mesa, Arizona  85206
tel:  (480) 517-1400
fax: (480) 517-6955
hyung@choiandfabian.com
veronika@choiandfabian.com
  Attorneys for Plaintiff

Rana Nader
JONES DAY
3161 Michelson Dr., Ste 800
Irvine, CA 92612
Attorneys for Defendant Experian
Information Solutions, Inc

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jin Hyun Kim,<br><br>         Plaintiff,<br>     vs.<br><br>TCM Financial Services, LLC, and Experian Information Solutions, Inc,<br><br>         Defendants. | NO. 09-733-PHX-DGC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendant Experian Information Solutions, Inc,, through their respective counsel, hereby stipulate and agree to dismiss Plaintiff's claims against Experian Information Solutions, Inc,, with prejudice, each side bearing its own fees and costs.

Plaintiff, through his counsel also moves to dismiss his claims against Defendant TCM Financial Services, LLC, without prejudice.  TCM Financial Services, LLC, has not appeared in this action.

RESPECTFULLY SUBMITTED on December 31, 2009.

CHOI & FABIAN, PLC

  Hyung S. Choi /s/
Attorneys for Plaintiff


JONES DAY

  Rana Nader /s/
Attorneys for Defendant Experian Information Solutions, Inc

## CERTIFICATE OF SERVICE

I hereby certify that the content of the document is acceptable to all persons required to sign the document and that on December 31, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Rana Nader
>JONES DAY
>3161 Michelson Dr., Ste 800
>Irvine, CA 92612
>Attorneys for Defendant Experian Information Solutions, Inc.

>Timothy J. Eckstein
>OSBORN MALEDON, P.A.
>2929 N. Central Ave., Suite 2100
>Phoenix, AZ 85102
>Attorneys for Defendant Experian Information Solutions, Inc.

CHOI & FABIAN, PLC

  Dinah Lee /s/
Legal Assistant