# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jin Hyun Kim,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>TCM Financial Services, LLC, and<br>Experian Information Solutions, Inc,<br><br>　　　　　Defendants. | No. CV 09-0733-PHX-DGC<br><br>**ORDER OF DISMISSAL** |

　　　　Upon stipulation of the parties and good cause showing,

　　　　**IT IS ORDERED** that Plaintiff's claims against Defendant Experian Information Solutions, Inc., be dismissed with prejudice, each party to bear its own costs and attorneys' fees. Plaintiff's claims against Defendant TCM Financial Services, LLC, is dismissed without prejudice.

　　　　DATED this 6th day of January, 2010.

_____
David G. Campbell
United States District Judge